STRICKLAND TRANSPORTATION CO., INC. *v.*
UNITED STATES ET AL.

No. 839. Decided January 15, 1968.

*Ralph W. Currie* and *Ewell H. Muse, Jr.,* for appellant.

*Solicitor General Griswold, Assistant Attorney General Turner, Robert W. Ginnane* and *Nahum Litt* for the United States et al., and *Phillip Robinson* for appellees Central Freight Lines, Inc., et al.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

KIRK, GOVERNOR OF FLORIDA, ET AL. *v.*
GONG ET AL.

No. 872. Decided January 15, 1968.

*Earl Faircloth,* Attorney General of Florida, and *T. T. Turnbull* and *Robert A. Chastain,* Assistant Attorneys General, for appellants.

*Thomas C. Britton, Stuart Simon, D. P. S. Paul* and *P. D. Thomson* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.